**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**The CITY OF MIAMI, FLORIDA, et al.,
Defendants-Appellees,**

v.

**FRATERNAL ORDER OF POLICE, CITY
OF MIAMI LODGE NO. 20, Kenneth R.
Harrison, President, and the Miami Po-
lice Benevolent Association, Defend-
ants-Appellants.**

**No. 77-1856.**

United States Court of Appeals,
Fifth Circuit.

Aug. 26, 1980.

Irving Weinsoff, Miami, Fla., for defend-
ants-appellants.

David L. Rose, Squire Padgett, Dept. of
Justice, Washington, D. C., for plaintiff-ap-
pellee.

George F. Knox, Jr., Miami, Fla., for City
of Miami.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion, 5 Cir., 1980, 614 F.2d 1322).

Before COLEMAN, Chief Judge,
BROWN, AINSWORTH, GODBOLD,
CHARLES CLERK, RONEY, GEE, TJO-
FLAT, HILL, FAY, RUBIN, VANCE,
KRAVITCH, FRANK M. JOHNSON, Jr.,
GARZA, HENDERSON, REAVLEY, POL-
ITZ, HATCHETT, ANDERSON, RAN-
DALL, TATE, SAM D. JOHNSON, THOM-
AS A. CLARK and WILLIAMS, Circuit
Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the application
for rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc.

IT IS ORDERED that the cause shall be
reheard by the Court en banc with oral
argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule
for the filing of supplemental briefs.

**DONG SIK KWON, Petitioner,**

v.

**IMMIGRATION & NATURALIZATION
SERVICE, Respondent.**

**No. 79-2850.**

United States Court of Appeals,
Fifth Circuit.

Aug. 26, 1980.

Eugenio Cazorla, Dallas, Tex., for peti-
tioner.

Eric Fisher, James P. Morris, Regional
and Labor Section, U. S. Dept. of Justice,
George W. Masterton, Immigration and
Naturalization Service, Washington, D. C.,
for respondent.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion, 5 Cir., 1980, 610 F.2d 353).

Before COLEMAN, Chief Judge,
BROWN, AINSWORTH, GODBOLD,
CHARLES CLARK, RONEY, GEE, TJO-
FLAT, HILL, FAY, RUBIN, VANCE,
KRAVITCH, FRANK M. JOHNSON, Jr.,
GARZA, HENDERSON, REAVLEY, POL-
ITZ, HATCHETT, ANDERSON, RAN-
DALL, TATE, SAM D. JOHNSON, THOM-
AS A. CLARK and WILLIAMS, Circuit
Judges.

**BY THE COURT:**

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc.

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**1**

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**J. Lee HAVENS, Defendant-Appellant.**

**No. 78-5411.**

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1980.

Rehearing Denied Oct. 24, 1980.

Robert S. McCain, Fort Lauderdale, Fla., for defendant-appellant.

Hugh F. Culverhouse, Jr., Asst. U.S. Atty., Miami, Fla., Ann T. Wallace, Atty., App. Section, Criminal Div., U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before WISDOM, GOLDBERG, and VANCE, Circuit Judges.

PER CURIAM:

Pursuant to the judgment of the Supreme Court, —— U.S. ——, 100 S.Ct. 1912, 64 L.Ed.2d 599, of the United States revers-

ing the decision of this court, 592 F.2d 848, and remanding this case for further proceedings, the judgment of conviction as entered by the United States District Court for the Southern District of Florida is

AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Arthur Randall SANDERS, Jr., Gulf Coast News Agency, Inc., Trans World America, Inc., a/k/a TWA, Inc., and William Walter, Defendants-Appellants.**

**No. 77-5715.**

United States Court of Appeals, Fifth Circuit.

Sept. 18, 1980.

Glenn Zell, Atlanta, Ga., for Sanders, Gulf Coast News Agency, Inc. and TWA.

W. Michael Mayock, Los Angeles, Cal., for William Walter.

Donald B. Nicholson, Philip Wilens, Chief, Dept. of Justice, Govt. Regulations & Labor Sec., Crim. Div., Washington, D. C., for plaintiff-appellee.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before WISDOM, AINSWORTH and CHARLES CLARK, Circuit Judges.

PER CURIAM:

The court has received the order of the Supreme Court of the United States and its docket numbers 79-67 and 79-148, —— U.S.